UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------------- X
GENTIAN SARACI, on behalf of himself and all : 
others similarly situated, :     **No. 2:24 Civ. 10489**
: 
                   Plaintiff, :
:
  -against- :
:
ENGLEWOOD HOSPITALITY, LLC d/b/a :
LEFKES ESTIATORIO and GEORGIA DUMAS, :
:     **CONSENT TO SUE**
                Defendants. :
----------------------------------------------------------------------- X

    I consent to be a party plaintiff for all purposes in this lawsuit against my current/former employers Lefkes Estiatorio and Georgia Dumas in order to seek relief for all claims asserted in the aforementioned matter. I authorize Pechman Law Group PLLC to represent me in this case. I hereby designate and authorize Pechman Law Group PLLC to make all decisions on my behalf concerning the litigation and settlement of this lawsuit and agree to be bound by the decisions made on my behalf. I understand and agree that Pechman Law Group PLLC will seek reimbursement of its costs incurred in prosecuting this action plus attorneys' fees equal to the greater of: (a) 33.33% of the amount recovered in this action by judgment, settlement, or otherwise or (b) the amount in fees the Court awards the firm.

Date: 11 / 15 / 2024               Signature: _____

                                                                           Musa Kahari