

40 Wall Street, 49th Floor
New York, NY 10005

☎ (212) 404-8644
📠 (332) 777-1884
🌐 kilegal.com

January 10, 2025

**VIA ECF**
Hon. Susan D. Wigenton
United States District Judge
U.S. District Court
District of New Jersey
50 Walnut Street #4015
Newark, New Jersey 07102

*Re: Gentian Saraci v. Englewood Hospitality, LLC d/b/a Lefkes Estiatorio: 24-cv-10489*

Dear Judge Wigenton:

    This firm represents all defendants in the above-referenced matter. We submit this letter on behalf of defendants to respectfully request an extension of time to respond to the Complaint until February 7, 2025.

    The reason for this request is that we require certain documents from the New Jersey Department of Labor that are essential to our response. While we formally and timely requested these documents, the New Jersey Department of Labor recently informed us they will produce the documents by January 16, 2025. Consequently, we require adequate time to review these documents thoroughly to ensure a comprehensive and accurate response.

    No previous requests for leave to file a late response or an extension of time to file a response have been made to date, and this request is with the consent of plaintiff's counsel.

    Thank you for your time and attention to this matter.

SO ORDERED.

*[signature]*
Hon. José R. Almonte, U.S.M.J.
Date: January 13, 2025

Respectfully submitted,
**KOUTSOUDAKIS & IAKOVOU**
**LAW GROUP, PLLC**

*Andreas Koutsoudakis*
Andreas Koutsoudakis, Esq.
40 Wall Street, 49th Floor
New York, New York 10005
Telephone: (212) 404-8644
Facsimile: (332) 777-1884
Email: andreas@kilegal.com